IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ISRAEL BARRON, | * |
|     Plaintiff, | * |
| v. | Case No. 7:25-cv-167 (WLS) |
| | * |
| STATE FARM FIRE AND CASUALTY COMPANY, | * |
|     Defendant. | * |

## J U D G M E N T

Pursuant to this Court's Order dated January 13, 2026, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Tift County, Georgia.

This 13th day of January, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk